# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| JOSE PEREZ | CIVIL ACTION |
|---|---|
| VERSUS | NO. 17-17243 |
| AL ROBINSON, WARDEN | SECTION: "G"(3) |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Jose Perez is **DISMISSED WITH PREJUDICE**.

**NEW ORLEANS, LOUISIANA,** this 21st day of June, 2018.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**